```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


REGINA CALHOUN                    :        CIVIL ACTION
                                  :
            V.                    :
                                  :
CAROLYN W. COLVIN                 :        NO. 13-cv-5220
```

**ORDER OF REPORT AND RECOMMENDATION**

**AND NOW**, this 24th day of November, 2014, in accordance with the procedure for the random assignment of social security cases, Local Rule 72.1, and 28 U.S.C. §636(b)(1)(B), it is hereby

**ORDERED** that the above-captioned case is referred to the Honorable Henry S. Perkin, United States Magistrate Judge, for a report and recommendation.

                                      BY THE COURT:


                                       S/ *Ronald L. Buckwalter*
                                      RONALD L. BUCKWALTER, J.