IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINA CALHOUN, | CIVIL ACTION |
| Plaintiff | |
| v. | NO. 13-5220 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

FILED
OCT 2 0 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 20th day of October, 2015, upon consideration of Plaintiff's Motion for Summary Judgment and Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment (Docket No. 12) filed October 3, 2014; upon consideration of Defendant's Response to Request for Review by Plaintiff (Docket No. 15) filed November 21, 2014; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated September 16, 2015,

**IT IS ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;

2. the relief sought by Plaintiff is **DENIED**; and

3. the decision of the Commissioner of Social Security is **AFFIRMED**.

BY THE COURT:

RONALD L. BUCKWALTER,
United States District Judge

ENTERED
OCT 2 0 2015
CLERK OF COURT